**CRIMINAL COMPLAINT**
(Electronically Submitted)

# United States District Court

| **United States of America**<br>v.<br>**Angel Vital-Jeronimo**<br>YOB: 1989; Citizen of Mexico | **DISTRICT of ARIZONA** |
|---|---|
| | **DOCKET NO.** |
| | **MAGISTRATE'S CASE NO.**<br>**22-01621MJ** |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about March 17, 2022, at or near Naco, in the District of Arizona, **Angel Vital-Jeronimo**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Calexico, California on February 7, 2020, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

**Angel Vital-Jeronimo** is a citizen of Mexico. On February 7, 2020, **Angel Vital-Jeronimo** was lawfully denied admission, excluded, deported and removed from the United States through Calexico, California. On March 17, 2022, agents found **Angel Vital-Jeronimo** in the United States at or near Naco, Arizona, without the proper immigration documents. **Angel Vital-Jeronimo** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is<br>CJC3/AJC<br>AUTHORIZED AUSA /s/Christopher Curran | SIGNATURE OF COMPLAINANT (official title) |
|---|---|
| | OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew J. Carpenter |

Sworn by telephone  x

| SIGNATURE OF MAGISTRATE JUDGE¹⁾ | DATE<br>March 18, 2022 |
|---|---|

¹⁾ See Federal rules of Criminal Procedure Rules 3, 4.1, and 54